IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY L. COOPER,

      Plaintiff,

v.                               Case No. 4:17cv64-MW/CAS

MAILROOM SUPERVISOR, et al.,

      Defendants.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,[1]

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** pursuant to 28 U.S.C. § 1915(g). The Clerk shall note on the docket this case is

---

[1] Plaintiff has failed to keep the Clerk advised of his current address as evidenced by returned mail marked undeliverable.

1

dismissed pursuant to 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on March 8, 2017.**

<u>**s/Mark E. Walker**</u>____<br>
**United States District Judge**